IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME L. ZEPEDA, | 1:06-cv-01391-AWI-GSA (PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
|     vs. | |
| W. J. SULLIVAN, et al., | (DOCUMENT #14) |
|     Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 6, 2008, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his first amended complaint, pursuant to the court's order of September 25, 2008.

IT IS SO ORDERED.

Dated:   **November 13, 2008**         **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE